PROB 22
(Rev. 01/24)

**TRANSFER OF JURISDICTION**

DOCKET NUMBER *(Transferring Court)*
CR-22-00741-001-TUC-CKJ
(MSA)

DOCKET NUMBER *(Receiving Court)*
2:25-cr-00194-RFB-DJA-1

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Donald Scarlett | District of Arizona | 4: Tucson |

| | NAME OF SENTENCING JUDGE |
|---|---|
| | Cindy K. Jorgenson, Senior U.S. District Judge |

| DATES OF PROBATION/SUPERVISED RELEASE | FROM | TO |
|---|---|---|
| | 2/14/2025 | 2/13/2027 |

OFFENSE
Conspiracy to Transport Illegal Aliens for the Purpose of Profit

JUSTIFICATION/REASON FOR TRANSFER (e.g., prosocial ties, employment/education opportunities, violation of supervision)
Mr. Scarlett has no ties to the District of Arizona; has family support in Nevada

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. §3605, the jurisdiction of the probationer or supervised releasee, Donald Scarlett, be transferred with the records of this Court to the United States District Court for the District of Nevada upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

April 21, 2025
Date

Cindy K. Jorgenson
Senior U.S. District Judge

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT DISTRICT OF NEVADA

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

7/2/2025
Effective Date

United States District Judge